UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEEBULLAH RASHEED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHFORD UNIVERSITY, et al.,<br><br>　　　　Defendants. | No.  2:15-cv-2330 MCE CKD PS<br><br><br>ORDER |

　　　　The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

　　　　In this action, plaintiff alleges that the defendant University is located in San Diego and that the individually named defendants are also located there.  Therefore, plaintiff's claim should have been filed in the United States District Court, Southern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
2 States District Court, Southern District of California.
3 Dated:  November 16, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 rasheed2330.tra